Before the Third Division, December 2, 1954

**No. 58552.**—Dreyfus Ashby & Co., Inc., et al. v. United States, protests 182088–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58553.**—Distilled Brands, Inc., and Flagstaff Foods et al. v. United States, protests 198287–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58554.**—Munson G. Shaw Co., Inc., et al. v. United States, protests 207197–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58555.**—Julius Wile Sons & Co., Inc. v. United States, protests 217720–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 58556.**—Canada Dry Ginger Ale, Inc., et al. v. United States, protests 225337–K, etc. (New York).